# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

**FILED**
**FEB 1 0 2023**
CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| In re: | Case No. 22-42492 |
|---|---|
| JASON TAYLOR MARTIN<br><br>Debtor. | Chapter 7 |
| DALTEX ELECTRIC, LLC<br><br>Plaintiff,<br><br>v.<br><br>JASON TAYLOR MARTIN<br><br>Defendant. | Adversary Proceeding No. 23-04002-ELM |
| **ANSWER TO COMPLAINT** ||

**COMES NOW Jason Taylor Martin** ("Defendant"), and hereby submit his Answer to Plaintiff's Complaint Objecting to Discharge of Debt, and state as follows:

## ANSWER TO COMPLAINT

1. Defendant lacks information to admit or denies averments paragraph 1. Any remainder of the paragraph is denied.
2. Defendant admits averments paragraph 2.
3. Defendant admits averments paragraph 3.
4. Defendant lacks information to admit or denies averments paragraph 4. Any remainder of the paragraph is denied.
5. Defendant denies all averments paragraph 5.
6. Defendant denies all averments paragraph 6.
7. Defendant denies all averments paragraph 7.
8. Defendant denies averments paragraph 8.
9. Defendant denies all averments paragraph 9.
10. Defendant denies all averments paragraph 10.
11. Defendant denies all averments paragraph 11.
12. Defendant denies all averments paragraph 12.
13. Defendant denies all averments paragraph 13.
14. Defendant denies all averments paragraph 14.
15. Defendant denies all averments paragraph 15.
16. Defendant denies all averments paragraph 16.
17. Defendant denies all averments paragraph 17.
18. Defendant denies all averments paragraph 18.
19. Defendant denies all averments paragraph 19.
20. Defendant denies all averments paragraph 20.

## AFFIRMATIVE DEFENSES

1. The Complaint fails to state a claim upon which relief may be granted.
2. Defendant reserves the right to assert additional affirmative defenses at a later date should

the discrepancies establish their applicability

WHEREFORE, PREMISES CONSIDERED, Defendant request the court enter an order that Plaintiff be denied all relief requested in this adversary proceeding, and for such other and further relief to which Defendant shall be justly entitled.

Respectfully submitted,

/s/

Jason Martin, Defendant
1016 Sycamore Street
Burleson, TX 76028
Jason.martin0712@gmail.com

☐

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on the following parties by first-class mail on ___ day of February 2023:

☐
U.S. Trustee
United States Trustee
1100 Commerce Street
Dallas, TX 75242

Chapter 7 Trustee
Laurie Rea
777 Main St., #1550
Fort Worth, TX 76102

Plaintiff
Daltex Electric, LLC
c/o Waddell Serafino Geary et al
Comerica Bank Tower
1717 Main Street, 25th Floor
Dallas, TX 75201-7341
☐

/s/Jason Martin
JASON MARTIN