UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| IN RE: <br> **JASON TAYLOR MARTIN,** <br><br> *Debtor.* <br><br> ──────────────── <br><br> **DALTEX ELECTRIC, LLC,** <br> *Plaintiff,* <br><br> vs. <br><br> **JASON TAYLOR MARTIN,** <br> *Defendant.* | § § § § § § § § § § § § § § § § § <br><br> **CASE NO. 22-42492-elm7** <br> **CHAPTER 7** <br><br><br> Adversary No. 23-04002-elm |

### NOTICE OF HEARING ON MOTION TO COMPEL DISCOVERY

PLEASE TAKE NOTICE that a hearing on the Daltex Electric, LLC's Motion to Compel Discovery will be held on **June 12, 2021 at 9:30 a.m**. before Judge Morris, in 501 W. 10th St. Fort Worth, TX 76102-3643 Room 204. The hearing will be in person.

Respectfully submitted,

*/s/ Richard G. Dafoe*
Richard G. Dafoe    SBN: 05309500
rdafoe@wslawpc.com
WADDELL SERAFINO GEARY
RECHNER JENEVEIN, P.C.
1717 Main Street | 25th Floor
Dallas, Texas 75201-7274
(214) 979-7400

ATTORNEYS FOR DALTEX ELECTRIC, LLC

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on the 18th day of May, 2023, to Jason Martin: 1016 Sycamore Street Burleson, Texas 76028 Via First Class Mail & CMRRR.

*/s/ Richard G. Dafoe*
Richard G. Dafoe