

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed June 13, 2023**

_____
**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | |
|---|---|
| IN RE: § | |
| JASON TAYLOR MARTIN, § | |
|   *Debtor.* § | |
| § | |
| _____ § | |
| § | CASE NO. 22-42492-elm7 |
| DALTEX ELECTRIC, LLC, § | CHAPTER 7 |
|   *Plaintiff,* § | |
| § | |
| vs. § | Adversary No. 23-04002-elm |
| § | |
| JASON TAYLOR MARTIN, § | |
|   *Defendant.* § | |

### ORDER ON PLAINTIFF'S
### MOTION TO COMPEL DEFENDANT TO RESPOND TO DISCOVERY

Came on for consideration Plaintiff's Motion to Compel Defendant to Respond to Discovery ("Motion"). After review of the Motion, the Court has determined that the Motion should be granted. Accordingly, it is

ORDERED that Plaintiff's Motion is granted and that Jason Taylor Martin shall respond to each of the specific requests (numbers 1-22) in Daltex Electric, LLC's Request for Production of Documents to Jason Martin, by 5:00 p.m. on June 26, 2023, to Scott Hayes, WADDELL SERAFINO GEARY RECHNER JENEVEIN, P.C., Comerica Bank Tower, 1717 Main Street, 25th Floor, Dallas, Texas 75201 or via email to shayes@wslawpc.com.

### End of Order###

Prepared by:

Richard G. Dafoe/Scott E. Hayes
**WADDELL SERAFINO GEARY RECHNER JENEVEIN, P.C.**
**ATTORNEYS FOR PLAINTIFF**
1717 Main Street, Suite 2500
Dallas, Texas 75201
(214) 979-7400 – Telephone
(214) 979-7402 – Telecopier