IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE:<br>JASON TAYLOR MARTIN,<br><br>*Debtor.*<br><br>———————————————<br><br>DALTEX ELECTRIC, LLC,<br>*Plaintiff,*<br><br>vs.<br><br>JASON TAYLOR MARTIN,<br>*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 22-42492-elm7<br>CHAPTER 7<br><br><br>Adversary No. 23-04002-elm |

## MOTION FOR ENTRY OF AMENDED ORDER ON TRIAL SETTING AND SCHEDULING ORDER

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES**, Daltex Electric, LLC, Plaintiff, and files this Motion for Entry of Amended Order on Trial Setting and Scheduling Order, and would show as follows:

1. The parties appeared before the Court on June 12, 2023, and based on the issues on the on-going discovery, the trial date was to be moved. The parties conferred and have now submitted an Agreed Scheduling Order, with the case on the November 2023 trial docket.

2. Request is made that the Court enter the Amended Order on Trial Setting and Scheduling Order.

Respectfully submitted,

By: /s/ Richard G. Dafoe
Richard G. Dafoe
State Bar No. 05309500
rdafoe@wslawpc.com
Scott E. Hayes
State Bar No. 09280050
shayes@wslawapc.com
**WADDELL SERAFINO GEARY RECHNER JENEVEIN P.C.**
Comerica Bank Tower
1717 Main Street, 25th Floor
Dallas, Texas 75201-7341
214-979-7400 – Telephone
214-979-7402 – Facsimile

**ATTORNEYS FOR DALTEX ELECTRIC, LLC**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been sent to Jason Martin on this 23rd day of June 2023.

**Via First Class Mail &
CMRRR: 9489 0090 0027 6403 2854 53**
Jason Martin
1016 Sycamore Street
Burleson, Texas 76028

/s/ Scott Hayes
Scott Hayes