# United States Bankruptcy Court
Northern District of Texas
Fort Worth Division

| | | |
|---|---|---|
| Jason Taylor Martin, | | Case No. 22-42492-elm |
| | Debtor(s) | Chapter 7 |
| Daltex Electric, LLC | | |
| | Plaintiff(s) | Adversary No. 23-04002-elm |
| Jason Taylor Martin, | | |
| | Defendant(s) | |

## ORDER GRANTING MOTION TO CONTINUE TRIAL DOCKET CALL

On this day, came on to be considered the *Unopposed Motion to Continue Trial Setting and Reset Docket Call* ("Motion") filed by Plaintiff Daltex Electric, LLC. The Court finds that the Motion was properly served pursuant to Federal and Local Rules of Bankruptcy Procedure and that cause exists for granting the continuance requested by the Plaintiff.

**IT IS THEREFORE ORDERED** that the Motion is **GRANTED** and the trial docket call is continued to **April 1, 2024**.

**IT IS FURTHER ORDERED** that the Trial Docket Call in this adversary proceeding is set for **April 1, 2024, at 1:30 p.m.** before the Honorable Edward L. Morris at the U.S. Bankruptcy Court, Room 204, U.S. Courthouse, 501 W. Tenth Street, Fort Worth, Texas, 76102.

**IT IS FURTHER ORDERED** that all deadlines shall now coincide with the new trial docket call, and the parties may by written agreement alter the deadlines in this Scheduling Order without the need for a court order.

### END OF ORDER ###

Prepared by:

WADDELL SERAFINO GEARY RECHNER
JENEVEIN, P.C.
Comerica Bank Tower
1717 Main Street, 25th Floor
Dallas, Texas 75201-7341
(214) 979-7400 – Telephone
(214) 979-7402 – Telecopier
/s/ Scott Hayes
SCOTT HAYES
State Bar No. 09280050
shayes@wslawpc.com
RICHARD G. DAFOE
State Bar No. 05309500
rdafoe@wslawpc.com

ATTORNEYS FOR PLAINTIFF